**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BETTY T. MOORE, et al.**                                                               **PLAINTIFFS**

**V.**                                                         **CAUSE NO. 1:09-CV-133-SA-JAD**

**GREEN TREE SERVICING, LLC; et al.**                                    **DEFENDANTS**

## ORDER

Pursuant to a memorandum opinion to be issued on this day, the Court **GRANTS** Defendants' Motion to Compel Arbitration [10]. Therefore, this case is **DISMISSED**. So ordered on this the 19th day of November, 2009.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**